# EXHIBIT 4





Case 1:15-cv-04466-FB-JO   Document 1-4   Filed 07/31/15   Page 4 of 4 PageID #:

