**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ZEERAY, LLC.,

Plaintiff,

-against-

R.R. LALENA CORP. AND
MTM INDUSTRIES SP. Z O. O.,

Defendants.
-----------------------------------------------------------------X

**DEFENDANT MTM INDUSTRIES SP. Z O. O.'S ANSWER, DEFENSES, COUNTERCLAIM**

Index No. 15-CV-4466

Defendant MTM INDUSTRIES SP. Z O. O., by its attorney, Todd Wengrovsky, for its Answer, Affirmative Defenses, and Counterclaim, states as follows:

## "JURISDICTION AND VENUE" SECTION OF COMPLAINT

1. Defendant MTM Industries Sp. z o. o. admits the allegations of this Paragraph of the Complaint regarding the nature of Plaintiff's claim, but denies infringement and the remaining allegations therein.

2. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

3. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

4. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

## "THE PARTIES" SECTION OF COMPLAINT

5. Defendant MTM Industries Sp. z o. o. admits the allegations of this Paragraph of the Complaint.

6. Defendant MTM Industries Sp. z o. o. admits the allegations of this Paragraph of the Complaint.

7. Defendant MTM Industries Sp. z o. o. admits the allegations of this Paragraph of the Complaint.

## "FACTS" SECTION OF COMPLAINT

8. Defendant MTM Industries Sp. z o. o. admits the allegations of this Paragraph of the Complaint.

9. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

10. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

11. Defendant MTM Industries Sp. z o. o. admits the allegation of this Paragraph of the Complaint that Plaintiff's patent was issued, but denies the remaining allegations therein.

12. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

13. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

14. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of

the Complaint.

15. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

16. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

17. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

18. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

19. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

20. Defendant MTM Industries Sp. z o. o. admits the allegations of this Paragraph of the Complaint.

21. Defendant MTM Industries Sp. z o. o. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of the Complaint.

22. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

23. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

24. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

25. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of

the Complaint.

26. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

27. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

28. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

29. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

30. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

31. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

32. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

33. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

34. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

35. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

36. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of

the Complaint.

37. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

38. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

39. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

40. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

41. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

42. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

43. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

44. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

45. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

## “COUNT I” SECTION OF COMPLAINT

46. Defendant MTM Industries Sp. z o. o. repeats and incorporates by reference its replies in

Paragraphs 1 through 45 herein inclusive.

47. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

48. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

49. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

50. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

51. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

52. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

## “COUNT II” SECTION OF COMPLAINT

53. Defendant MTM Industries Sp. z o. o. repeats and incorporates by reference its replies in Paragraphs 1 through 52 herein inclusive.

54. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

55. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

56. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of

the Complaint.

57. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

58. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

59. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

60. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

## "COUNT III" SECTION OF COMPLAINT

61. Defendant MTM Industries Sp. z o. o. repeats and incorporates by reference its replies in Paragraphs 1 through 60 herein inclusive.

62. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

63. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

64. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

65. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

66. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of

the Complaint.

67. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

68. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

69. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

70. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

71. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

## "DAMAGES" SECTION OF COMPLAINT

72. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

73. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

74. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

75. Defendant MTM Industries Sp. z o. o. denies each and every allegation of this Paragraph of the Complaint.

DEFENDANTS' AFFIRMATIVE DEFENSES

Answering further, Defendant MTM Industries Sp. z o. o. raises the following affirmative defenses:

FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Defendant MTM Industries Sp. z o. o. has not infringed any valid design patent.

THIRD AFFIRMATIVE DEFENSE

Defendant MTM Industries Sp. z o. o. has not infringed any valid trademark or trade dress.

FOURTH AFFIRMATIVE DEFENSE

Parties other than Plaintiff independently designed and created the item in question.

FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by reason of waiver and/or estoppel.

SIXTH AFFIRMATIVE DEFENSE

Defendant MTM Industries Sp. z o. o. had no knowledge that any of its activities constituted infringement and thus its actions were innocent.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent that the content at issue in this case is not the subject of a valid design patent.

EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent that the content at issue in this case is not the subject of a valid design patent.

NINTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by reason of unclean hands.

TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of acquiescence.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of laches.

**WHEREFORE**, Defendant MTM Industries Sp. z o. o. respectfully requests this Court to grant judgment in its favor, order all claims of the complaint dismissed with prejudice, award Defendant MTM Industries Sp. z o. o. all costs, expenses, disbursements and fees incurred herein, including reasonable attorneys' fees, and such other, further and different relief as the Court may deem just and proper.

DEFENDANT'S COUNTERCLAIM

1. Defendant / Counterclaimant MTM Industries Sp. z o. o. is a corporation organized under the laws of Poland, with its principal place of business at Wysoka 5A, 62-800, Kalisz, Poland.

2. Plaintiff / Counterclaim Defendant Zeeray, LLC. is a corporation organized under the laws of the State of New Jersey, with its principal place of business at 10 Neptune Boulevard, Suite 104, Neptune, NJ 07753.

3. Jurisdiction of these counterclaims arises under the Declaratory Judgments Act, 28 U.S.C. Sections 2201 and 2202, under the laws of the United States concerning actions relating to patents, 28 U.S.C. Section 1338(a).

4. There is a justiciable controversy between the parties concerning the validity and scope of the Plaintiff's United States Patent Number D616,974 and Defendant's alleged liability for infringement thereof.

5. This counterclaim is brought for a Declaratory Judgment that the Plaintiff's patent is not infringed, is invalid, void, and unenforceable.

6. Counterclaimant avers that the patent is unenforceable against it.

7. Plaintiff, having instituted this infringement suit against Defendant, could, with the approval of this Court, dismiss this suit without an adjudication of the patent, thereby leaving Defendant and other members of the industry subject to further litigation.

8. Defendant, denying infringement of the patent, avers that unless they are found to infringe same or the patent is adjudged invalid, void and unenforceable, Defendant and other members of the industry will have efforts to sell their products unfairly frustrated.

**WHEREFORE**, Defendant respectfully requests this Court to enter a final judgment:

(a) Declaring that the complaint fails to state any claim on which relief can be granted;

(b) Awarding Plaintiff nothing on the Complaint and dismissing with prejudice;

(c) Declaring that Defendant's manufacture, distribution, promotion, and sale of its products do not violates any rights under the Patent Act on the grounds that United States Patent D616,974 is invalid, void and/or that the Defendant's products do not infringe;

(d) Directing the Director of Patents and Trademarks to invalidate and cancel United States Patent D616,974.

(e) Reasonable attorneys' fees and costs; and

(f) Such other relief as is determined to be just and proper.

Dated: Calverton, New York.
May 17, 2016

/s/ Todd Wengrovsky
Todd Wengrovsky - TW4823
Law Offices of
Todd Wengrovsky, PLLC.
285 Southfield Road, Box 585
Calverton, NY 11933
Tel (631) 727-3400
*Attorney for Defendant*
*MTM Industries Sp. z o. o.*